**UNITED STATES of America, Plaintiff–Appellee,**

v.

**David Michael BLACKMON, a/k/a Black, a/k/a Concord, Defendant–Appellant.**

**No. 12–7144.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 1, 2012.

Decided: Nov. 6, 2012.

David Michael Blackmon, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina; Gretchen C.F. Shappert, United States Department of Justice, Washington, D.C., for Appellee.

Before SHEDD, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Michael Blackmon appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Blackmon,* No. 3:01–cr–00184–GCM–5 (W.D.N.C. June 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*